PROB. 35　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/Supervised
(Rev. 7/04)　　　　　　　　　　　　　　　　　Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAR 17 AM 11: 33

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Colleen Aragon

Docket # 4:01CR03039-1

On October 5, 2001, Colleen Aragon was sentenced to 87 months custody, to be followed by 60 months supervised release. Ms. Aragon subsequently received the benefit of a Rule 35 sentencing reduction on August 12, 2002, and was sentenced to 43 months custody, to be followed by 60 months supervised release. The period of supervised release commenced August 22, 2004. Ms. Aragon has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Colleen Aragon be discharged from supervision.

Respectfully submitted,

*David E. Goering*
David E. Goering, Supervisor
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of March, 2008.

*Lyle E. Strom*
The Honorable Lyle E. Strom
United States Senior District Judge